Bankers Life Company, for the use of Continental Casualty Company, Appellant, v. Union Automobile Indemnity Association, Appellee.

Gen. No. 9,446.

84

Heard in this court at the May term, 1945; opinion filed May 28, 1945; released for publication June 23, 1945. Bracken, Livingston, Murphy & Barger, for appellant; Thomas M. Barger, Jr., of counsel; Hal M. Stone, for appellee. Opinion by PRESIDING JUSTICE RIESS. Not to be published in full.